# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

v.

LAURO FERIA-ORTIZ
a/k/a Inocensio Leal Robledo, a/k/a Inocensio Robledo, a/k/a Victorino Ortiz, a/k/a Lavro Ortiz Feria, a/k/a Lauro Aragon Feria, a/k/a Victorio Ortiz Aparicio, a/k/a Feria Lauro Aragon,

DEFENDANT(S).

---

## INDICTMENT

VIOLATION:
Title 8, United States Code, Section 1326 - Alien Found in the United States After Deportation

CR 08 0273

E-filing

JSW

FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

A true bill.

_____ Foreman

Filed in open court this _____ day of

April 2008.

_____ Clerk

Bail, $ NO BAIL ARREST WARRANT

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. § 1326 - Illegal Reentry After Deportation (One Count)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**E-filing**

PENALTY:
20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Erika R. Frick

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ LAURO FERIA-ORTIZ

DISTRICT COURT NUMBER
CR 08 0273 JSW

FILED
APR 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---**ADDITIONAL INFORMATION OR COMMENTS**---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☒ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: April 30, 2008 at 9:30 am

Before Judge: Hon. James Larson

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4                                                               FILED
5                                                        APR 2 9 2008
                                                    RICHARD W. WIEKING
6                                                   CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
7
8                         UNITED STATES DISTRICT COURT
9        E-filing         NORTHERN DISTRICT OF CALIFORNIA
10                             SAN FRANCISCO DIVISION                       JSW
11
12  UNITED STATES OF AMERICA,        )   CR No. 08          0273
                                     )
13       Plaintiff,                  )   VIOLATION: Title 8, United States Code,
                                     )   Section 1326 – Alien Found in the United
14       v.                          )   States After Deportation
                                     )
15                                   )
    LAURO FERIA-ORTIZ,               )
16  a/k/a Inocensio Leal Robledo,    )   SAN FRANCISCO VENUE
    a/k/a Inocensio Robledo,         )
17  a/k/a Victorino Ortiz,           )
    a/k/a Lavro Ortiz Feria,         )
18  a/k/a Lauro Aragon Feria,        )
    a/k/a Victorio Ortiz Aparicio,   )
19  a/k/a Feria Lauro Aragon,        )
                                     )
20       Defendant.                  )
                                     )
21  ───────────────────────────
22                              INDICTMENT

23  The Grand Jury charges:

24      On or about September 22, 2003 and November 15, 2004, the defendant,

25                         LAURO FERIA-ORTIZ,
                       a/k/a Inocensio Leal Robledo,
26                        a/k/a Inocensio Robledo,
                          a/k/a Victorino Ortiz,
27                       a/k/a Lavro Ortiz Feria,
                         a/k/a Lauro Aragon Feria,
28                     a/k/a Victorio Ortiz Aparicio,
                         a/k/a Feria Lauro Aragon,

INDICTMENT

1  an alien, was excluded, deported and removed from the United States, and thereafter, on or about
2  April 8, 2008, was found in the Northern District of California, the Attorney General of the
3  United States and the Secretary for Homeland Security not having expressly consented to a
4  re-application by the defendant for admission into the United States, in violation of Title 8,
5  United States Code, Section 1326.

7  DATED:                                                    A TRUE BILL.

                                                             *[signature]*
                                                             FOREPERSON

11 JOSEPH P. RUSSONIELLO
   United States Attorney

   *[signature]*

14 GREGG W. LOWDER
   Chief, Major Crimes Section

16 (Approved as to form: *[signature]* )
                        AUSA Frick

INDICTMENT