# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

**Date:** May 22, 2008

**Case No.** CR- 08-273 JSW            **Judge:** Jeffrey S. White

**United States of America   v.   Lauro Feria-Ortiz**
                                    **Defendant**
                                    Present ( X ) Not Present ( ) In-Custody ( X )

| Erick Frick | Jodi Linker |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini          **Court Reporter:** Connie Kuhl
                                              **Spanish Interpreter:** Nina Safdie-Enoch

### PROCEEDINGS

**REASON FOR HEARING:** Trial Setting

**RESULT OF HEARING:**   The "A" File has been provided to defense counsel. Counsel are awaiting the immigration hearing tapes to be received.

**Case Continued to 6-19-08 at 2:30 p.m. for Further Status**

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**