**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

## CRIMINAL MINUTE ORDER

Date: June 19, 2008

Case No.  CR- 08-273  JSW              Judge:  Jeffrey S. White

United States of America   v.   Lauro Feria-Ortiz
　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　Present ( X ) Not Present ( ) In-Custody ( X )

| Erick Frick | Jodi Linker |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini          Court Reporter: Juanita Gonzales
　　　　　　　　　　　　　　　　　　　　 Spanish Interpreter: Melinda Basker

## PROCEEDINGS

**REASON FOR HEARING:** Trial / Motion Setting

**RESULT OF HEARING:**

Case Continued to 7-10-08 at 2:30 p.m. for Motion Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**