UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: July 8, 2008

Case No. CR- 08-273 JSW          Judge: Jeffrey S. White

United States of America    v.   Lauro Feria-Ortiz
                              Defendant
                              Present (X) Not Present ( ) In-Custody (X)

| Erick Frick | Jodi Linker |
| --- | --- |
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini         Court Reporter: Kathy Wyatt
                                                      Spanish Interpreter: Fanny Suarez

## PROCEEDINGS

**REASON FOR HEARING:** Motion Setting

**RESULT OF HEARING:**    Counsel requests more time to prepare to move forward either via a change of plea or filing a motion to dismiss.

Case Continued to 8-14-08 at 2:30 p.m. for Further Status / Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**