UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

**Judge:** JEFFREY S. WHITE

**Date**: August 14, 2008

**Case No:** CR 08-00273 JSW

**Case Title**: UNITED STATES v. LAURO FERIA-ORTIZ (present, I/C)

**Appearances:**

    For the Government: Erika Frick

    For Defendant(s): Jodi Linker

**Interpreter:**                                **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa       **Court Reporter**: Debra Pas

## *PROCEEDINGS*

1. Change of Plea - held


## *SUMMARY*

- The Court voir dired the Defendant re: change of plea.
- Defendant entered guilty plea as to Count One of the Indictment.
- The Court reserved ruling on the acceptance of the plea agreement pending receipt of a probation report.
- The defendant is referred to the Probation Office for a pre-sentence report.
- The matter is continued to **Thursday, 09/25/08 at 2:30 PM for Sentencing**.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

**Judge:** JEFFREY S. WHITE

**Date**: August 14, 2008

**Case No:** CR 08-00273 JSW

**Case Title**: UNITED STATES v. LAURO FERIA-ORTIZ (present, I/C)

**Appearances:**

    For the Government: Erika Frick

    For Defendant(s): Jodi Linker

**Interpreter:** Daniel Navarro      **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Debra Pas

## *PROCEEDINGS*

1. Change of Plea - held

## *SUMMARY*

- The Court voir dired the Defendant re: change of plea.
- Defendant entered guilty plea as to Count One of the Indictment.
- The Court reserved ruling on the acceptance of the plea agreement pending receipt of a probation report.
- The defendant is referred to the Probation Office for a pre-sentence report.
- The matter is continued to **Thursday, 09/25/08 at 2:30 PM for Sentencing**.